UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUANE A. SMITH,

    Plaintiff,	Case No: 1:14-cv-1240

v.	HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 28, 2015, recommending that this Court affirm the Commissioner's decision. The Magistrate Judge also recommended that an appeal of this matter would not be taken in good faith. The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 16) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: January 15, 2016	  /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge